# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| AMERISOURCEBERGEN SPECIALTY GROUP, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:13-CV-755 |
| FFF ENTERPRISES, INC., | § § | |
| Defendant. | § § | |

## ORDER STAYING CASE

Pending before the court is "Defendant FFF Enterprises, Inc.'s Renewed Motion to Stay Litigation Pending Covered Business Method Review" (docket entry #72), the Plaintiff's response (docket entry #76), the Defendant's reply (docket entry #78), and the Defendant's "Notice of Recent Activity" (docket entry #84).  The court has reviewed the above-referenced filings as well as the Patent Trial and Appeal Board's January 29, 2015 decision to institute covered business method patent review as to claims 1 and 2 of the patent-in-suit.  The court finds that "Defendant FFF Enterprises, Inc.'s Renewed Motion to Stay Litigation Pending Covered Business Method Review" (docket entry #72) should be, and hereby is, **GRANTED**.  The court's memorandum opinion and order explaining its decision to grant the Defendant's renewed motion to stay shall be forthcoming. Likewise, the court shall issue its claim construction order at the time it issues its memorandum opinion and order explaining its decision to grant the Defendant's renewed motion to stay.  All other proceedings are hereby **STAYED** until the Patent Trial and Appeal Board concludes its covered business method patent review.  The parties shall file a status report with the court within fifteen (15)

-1-

days after the Patent Trial and Appeal Board issues its decision.

     IT IS SO ORDERED.

          **SIGNED this the 23rd day of April, 2015.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE